UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRELL WILLIAMS,

                      Petitioner,

        -against-

JAMES WOODS, Superintendent,

                      Respondent.

25-CV-2620 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated April 4, 2025, the Court directed Petitioner, within thirty days, to resubmit the signature page of the petition with an original signature. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not submitted the signed signature page. Accordingly, the petition is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

    Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 20, 2025
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                               Chief United States District Judge