UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――
TERRELL WILLIAMS,

                    Petitioner,

      -against-

JAMES WOODS, SUPERINTENDENT,

                    Respondent.
―――――――――――――――――――――――――――――

25cv2620 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the May 20, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 21, 2025
             New York, New York

                                               /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge